# Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **RREF WB Acquisitions, LLC, et al.,** ) | |
| ) | **Case Nos. 3:14CV484 & 3:11CV2200** |
| **Plaintiffs** ) | |
| ) | **Judge James G. Carr** |
| v. ) | |
| ) | |
| **Paradise Hospitality, Inc., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE FINAL FEE APPLICATIONS, APPROVE FINAL REPORT, APPROVE FINAL DISTRIBUTIONS, DISCHARGE THE RECEIVER AND TERMINATE THE RECEIVERSHIP**

This matter, having come before the Court by motion (the "Motion") of Valor Hospitality Partners, Court-appointed Receiver (the "Receiver") pursuant to an Order entered on March 3, 2014 (the "Receiver Order") for certain property formerly belonging to Defendant Paradise Hospitality, Inc. ("Paradise"), seeking entry of an Order (i) approving the final fee application of the Receiver and its counsel, authorizing their payment, and authorizing the distribution of the remaining funds in the Receiver's possession to Plaintiffs RREF WB Acquisitions, LLC and RREF WB 2012, LLC ("Plaintiffs") and to Defendant Paradise Hospitality, Inc. ("Defendant") as more fully set forth herein; (ii) approving the Receiver's Final Report, (iii) discharging and releasing the Receiver, and (iv) terminating the receivership; good cause having been shown, this Court finds, concludes and orders as follows:

1. This Court has jurisdiction to consider and grant the Motion and proper notice of said Motion has been given;

2. The Motion is GRANTED;

3. All of the Defendant's remaining real property and personal property subject to the Receiver Order (if any) is hereby abandoned from the receivership estate, and thus is no longer subject to the Receiver Order entered on March 3, 2014 and specifically, the Receiver no longer has any authority or responsibility for said property;

4. The invoices attached to the Motion are hereby approved, and the Receiver is hereby authorized to pay such invoices as well as any additional fees (both Receiver's fees and attorneys' fees) incurred in prosecuting the Motion and winding down this receivership;

5. The Receiver is hereby authorized to disburse to Defendant the remaining funds in the Defendant's bank account at Fifth Third Bank (account number ending 6469), and then to disburse all remaining funds in all other accounts of the Defendant and the Receiver, after payment of fees, to Plaintiffs on account of their first priority security interest in the assets of Defendant Paradise;

6. The Final Report of the Receiver is hereby approved;

7. Effective as of the date hereof, the Receiver and its counsel, Roetzel & Andress, are hereby discharged and released without further liability;

8. Effective as of the date hereof, the receivership established in this Case is hereby terminated, and this Case is hereby closed.

THERE IS NO JUST CAUSE FOR DELAY.

IT IS SO ORDERED.

7/24/2015                          s/James G. Carr
_____     _____
Date                                           The Honorable James G. Carr
United States District Judge